UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                          CASE NO.  3:08cr48/MCR

MICHELLE L. INGRAM

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on   July 2, 2008
Motion/Pleadings: APPELLANT'S MOTION TO DISMISS APPEAL
Filed by  Defendant/Appellant          on  6/27/2008     Doc.#     11
RESPONSES:
                                       on              Doc.#
                                       on              Doc.#

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed     _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/ *Susan Simms*

LC (1 OR 2)                            Deputy Clerk: Susan Simms

## *ORDER*

Upon consideration of the foregoing, it is ORDERED this 2nd day of July, 2008, that:

The relief requested is GRANTED.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
*United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.